Yearsley, Appellant, *v.* American Stores Company, Incorporated.

276

Argued October 15, 1929.

Before Porter, P. J., Trexler, Keller, Linn, Gawthrop, Cunningham and Baldrige, JJ.

*James Yearsley,* and with him *Maurice G. Weinberg,* for appellant.

*Richard A. Smith,* and with him *Louis Wagner,* for appellee.

PER CURIAM, October 30, 1929:
The judgment is affirmed on the opinion filed by Judge GORDON upon the refusal of the court below to take off the non-suit.